116 A.3d 1069

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAFAEL GONZALEZ–SANTANA, DEFENDANT–
PETITIONER.

June 19, 2015.

ORDERED that the petition for certification is granted limited to the issues of whether the co-defendant's testimony at the suppression hearing, or any part thereof, should have been admitted at defendant's trial as a statement against interest and whether defendant should have been allowed to inform the jury of that co-defendant's flight.

116 A.3d 1069

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN FLORENCE, DEFENDANT–PETITIONER.

June 19, 2015.

Denied.